**Order entered September 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00978-CR
### No. 05-13-00979-CR

**ROY CURTIS STUART JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

Appellant's September 19, 2014 motion for extension of time and for leave to file appellant's amended brief is **GRANTED**.  Appellant's amended brief received by the Clerk of the Court on September 18, 2014 is **DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
JUSTICE